■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BURD, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE U. MAY and LEONARD BENFORD, Appellants.— Motion granted to appeal on one certified copy of the judgment roll filed pursuant to section 485 of the Code of Criminal Procedure and the copy of the stenographic minutes of the entire proceedings of the trial certified by the stenographer and filed pursuant to section 456 of the Code of Criminal Procedure and five typewritten copies of a brief, and Edward K. O'Shea, Esq., of Buffalo assigned as counsel to conduct the appeal; otherwise, motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD SCHIRMER, Appellant.— Motion granted and order dismissing appeal vacated, upon condition that appellant's brief is filed and served on or before December 10, 1958, and respondent's brief, or a demand therefor pursuant to rule VII of the Appellate Division, Fourth Department Rules, is filed and served on or before January 2, 1959, and case set down for argument during first week of January 1959 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNESTO MOLINA, Appellant.— Motion granted to appeal on one certified copy of the judgment roll filed pursuant to section 485 of the Code of Criminal Procedure and the copy of the stenographic minutes of the entire proceedings of the trial certified by the stenographer and filed pursuant to section 456 of the Code of Criminal Procedure and five typewritten copies of brief, and Herald P. Fahringer, Jr., Esq., of Buffalo, assigned as counsel to conduct appeal; time for argument of appeal enlarged to include January 1959 Term of court; and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SMITH, Appellant.— Motion granted to appeal on one certified copy of the judgment roll filed pursuant to section 485 of the Code of Criminal Procedure and the copy of the stenographic minutes of the entire proceedings of the trial certified by the stenographer and filed pursuant to section 456 of the Code of Criminal Procedure, and five typewritten copies of brief, and Robert Walsh, Esq., of Buffalo assigned to conduct appeal; time for argument of appeal enlarged to include January 1959 Term of court; and otherwise motion denied.

## (October 31, 1958)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE K. HOPKINS, Appellant.— Order affirmed. All concur. (Appeal from an order of Erie Special Term denying petitioner's application for writ of error *coram nobis* and remanding him to the custody of the Warden of Attica State Prison.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.